UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABOVE ALL STORE FRONTS INC.,
                                  Plaintiff,

        -v-                                              21-CV-8901 (JPO)

DISSIMILAR METAL DESIGN, LLC,                            ORDER
                                  Defendant.

J. PAUL OETKEN, District Judge:

This case was removed from New York Supreme Court, County of New York, on October 29, 2021. Counsel for the plaintiff is directed to file an appearance with this Court no later than December 13, 2021.

Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by December 6, 2021.

SO ORDERED.

Dated: November 22, 2021
       New York, New York

                                        _____
                                        J. PAUL OETKEN
                                        United States District Judge