UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   Civil Action No. 1:21-cv-08901-JPO

ABOVE ALL STORE FRONTS INC.,

          Plaintiff,

  v.  **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

DISSIMILAR METAL DESIGN, LLC

          Defendant.

----------------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and the attorneys of record for plaintiff Above All Store Fronts Inc. and defendant-counter-claimant Dissimilar Metal Design, LLC, that the above-captioned action is voluntarily dismissed with prejudice, and without costs to either party as against the other, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). This stipulation may be filed without further notice, and that facsimile signatures of the undersigned shall be deemed originals for the purposes of this stipulation.

| WILSON & CHAN, LLP | WASSERMAN GRUBIN & ROGERS, LLP |
|---|---|
| By: _____ | By: _____ |
| Henry Chan, Esq. | Michael T. Rogers, Esq. |
| 733 Third Ave, 16th Floor | Ariana Marte Acevedo, Esq. |
| New York, New York 10017 | 1700 Broadway |
| (646) 790-5848 | New York, New York 10019 |
| *Attorneys for Plaintiff Above All Stores Inc.* | (212) 581-3320 |
| | *Attorneys for Defendant and Counter-Claimant Dissimilar Metal Design, LLC* |

Dated: 6/27/2022                                   Dated: 6/30/2022